IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VIRGIL SMITH,

    Plaintiff,

v.

BARRETT, et al.

    Defendants.

ORDER

Case No. 21-cv-582-bbc

---

Plaintiff Virgil Smith a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed complaint and has paid the $402 filing fee.[1] Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that

1. Plaintiff Virgil Smith's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, plaintiff should be sure to write the case number shown above on any communication.

---

[1] Effective December 1, 2020, the total filing fee for a civil action is $402 (the $350 statutory fee plus the $52 miscellaneous administrative fee).

2. Plaintiff's Motion for Agency Having Custody of Plaintiff to Forward Four Hundred Dollars From Plaintiff's Regular Account to the Clerk of Courts to Pay the Filing Fees, dkt. 3, is DENIED as moot.

Entered this 27th day of September, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge